No. 65378.—Meadows Wye & Co., Inc. *v.* United States, protest 60/21401 (New York).

Opinion by OLIVER, C. J. An examination of the papers disclosing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely under section 514, Tariff Act of 1930.